# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON PIERCE | Case No.: 1:16-cv-01452-SAB (SS) |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE NUNC PRO TUNC |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (ECF No. 15) |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED *nunc pro tunc* that:

1. Plaintiff shall file an opening brief on or before June 14, 2017;
2. Defendant shall file a responsive pleading on or before July 14, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before July 21, 2017.

IT IS SO ORDERED.

Dated: **June 13, 2017**

UNITED STATES MAGISTRATE JUDGE